Form 521antcorder

# UNITED STATES BANKRUPTCY COURT
## District of Connecticut

In Re:  Rose Bakis
       Debtor(s)

Case No.: 09–51716
Chapter: 13

## NOTICE OF DEFICIENCY AND NOTICE OF HEARING

**1. PLEASE TAKE NOTICE THAT YOUR BANKRUPTCY CASE MAY BE DISMISSED** or other adverse action may be taken because of your failure to file all required documents with your bankruptcy petition.

**MISSING DOCUMENTS:**

Chapter 13 Means Test due 09/14/2009
Stmt. of Fin. Affairs due 09/14/2009
Aty Discl Stmt 2016(b) due 09/14/2009
Summary of Schedules due 09/14/2009
Schedules A–J due 09/14/2009
Chapter 13 Plan due 09/14/2009
Statistical Summ of Schedules due 09/14/2009

**2. PLEASE TAKE FURTHER NOTICE YOU MAY NOT BE ENTITLED TO BANKRUPTCY PROTECTION** because you filed your bankruptcy petition without a certificate from an approved nonprofit credit counseling agency, or a statement that describes urgent and justifiable circumstances for your failure to file that certificate, or a request for a determination by the court you are unable to complete the credit counseling requirements because of incapacity, disability, or active military duty in a combat zone.

**3. PLEASE TAKE FURTHER NOTICE,** that if, after the hearing scheduled below, the court does not grant additional time for you to file the missing documents referred to in paragraph (1) or does not grant a request for an extension of time to file one of the documents referred to in paragraph (2), your bankruptcy case may be dismissed or other adverse action may be taken.

## HEARING NOTICE

**THE COURT HAS SCHEDULED A HEARING ON 9/4/09 at 10:00 AM at the U.S. Bankruptcy Court, 915 Lafayette Boulevard, Room 123, Bridgeport, Connecticut 06604** to give you an opportunity to show that there is justification to extend time for the filing of missing documents referred to in paragraph(1) and, if applicable, to show that there was an excusable reason for an extension of time to file one of the three documents referred to in paragraph(2).

Dated: 8/30/09

_____
**Alan H.W. Shiff
United States Bankruptcy Judge**