**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 09-51716(AHWS) |
| | : | |
| ROSE BAKIS | : | CHAPTER 13 |
| Debtor. | : | DECEMBER 28, 2009 |

## APPEARANCE AND REQUEST FOR NOTICE

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF CONNECTICUT:

Please enter my appearance for the creditor, State of Connecticut, Department of Revenue Services, in the above-entitled case. We also request, pursuant to Bankruptcy Rules 2002, 9007 and LBR 2002-1, that copies of all pleadings, motions, filings, and notices in the case be sent to:

> Denise Mondell
> Assistant Attorney General
> P.O. Box 120
> 55 Elm Street, Fourth Floor
> Hartford, CT 06141-0120
> Tel.: (860) 808-5150
> Fax: (860) 808-5383
> Denise.Mondell@po.state.ct.us

                THE CREDITOR,
STATE OF CONNECTICUT
DEPARTMENT OF REVENUE SERVICES

RICHARD BLUMENTHAL
ATTORNEY GENERAL

By: /s/ Denise Mondell
     Denise Mondell (#CT11727)
     Assistant Attorney General
     Office of the Attorney General
     55 Elm Street P.O. Box 120
     Hartford, CT 06106
     Tel.: (860) 808-5150
     Fax: (860) 808-5383
     Denise.Mondell@po.state.ct.us

## **CERTIFICATION**

I hereby certify that on this 28th day of December, 2009 a copy of the foregoing Appearance and Request For Notice was served through the Court's Electronic Case Filing System or by first class mail, postage prepaid, to the following:

**Attorney for Debtor**
Linda M. Tirelli, Esq.
Law Offices of Linda
M. Tirelli
202 Mamaroneck Avenue
3rd Floor
White Plains, NY 10601

**Chapter 13 Standing Trustee**
Molly T. Whiton, Esq.
10 Columbus Boulevard
Hartford, CT 06106

**U.S. Trustee**
Office of the U. S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

                **/s/ Denise Mondell**
                Denise Mondell (#CT11727)
                Assistant Attorney General